

# Fourth Court of Appeals
## San Antonio, Texas

December 9, 2022

No. 04-22-00744-CR

Kristopher Matthew **SAXON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR10448
Honorable Stephanie R. Boyd, Judge Presiding

# O R D E R

On November 29, 2022, appellant filed a Motion for a Free Transcript requesting a free reporter's record because he qualifies as indigent. *See* TEX. R. APP. P. 20.2 (stating an indigent defendant in a criminal appeal is entitled to be furnished with the appellate record without charge). On December 6, 2022, the court reporter filed the reporter's record at no charge to the appellant. Therefore, appellant's Motion for a Free Transcript is DENIED AS MOOT.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of December, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court